

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-24-2010

# In Re: Jamah Grosvenor

Precedential or Non-Precedential: Non-Precedential

Docket No. 09-4383

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation
"In Re: Jamah Grosvenor " (2010). *2010 Decisions.* Paper 1277.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1277

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-4383

_____

IN RE: JAMAH GROSVENOR, Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Civ. No. 06-cv-00619)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
April 30, 2010
Before: SCIRICA, WEIS and GARTH, Circuit Judges
Opinion filed: May 24, 2010

_____

OPINION

_____

PER CURIAM.

In November 2009, Jamah Grosvenor filed this pro se mandamus petition

seeking and directing the District Court to rule upon his motion to vacate, set aside, or

correct his sentence pursuant to 28 U.S.C. § 2255. At the time Grosvenor filed this

petition, the District Court had not yet acted on Grosvenor's motion, which had been

pending without activity since March 2007. By order entered on March 1, 2010, the

District Court denied Grosvenor's motion. Because Grosvenor has now received the

relief he sought in filing his mandamus petition – namely, a ruling on his § 2255 motion –

we will deny his petition as moot.